File No.: GB-685-C
Eisenberg Gold & Agrawal, P.C
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for ACAR Leasing LTD dba GM Financial Leasing

_____

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

CHAPTER 13

IN RE:

CASE NO: 23-13068 (ABA)

EDWARD BROWN
KIMBERLY BROWN

HEARING DATE: 5-14-24

NOTICE OF MOTION OF ACAR LEASING LTD DBA GM FINANCIAL LEASING TO MODIFY THE AUTOMATIC STAY

To:

Edward J. Brown
Kimberly Brown
1629 Pin Oak rd.
Williamstown, NJ 08094
Debtor

Timothy K. McHugh
Timothy K. McHugh, LLC
1120 South Main St, Ste A.
Williamstown, NJ 08094
Attorney for the Debtor

Andrew B. Finberg
Standing Chapter 13 Trustee
Cherry Tree Corporate Center
535 Route 38-Suite 580
Cherry Hill, NJ 08002
Trustee

Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

William E. Craig, Esquire, attorney for ACAR Leasing LTD dba GM Financial Leasing, has filed papers with the Court for relief from the automatic automatic stay to permit GM Financial to repossess and sell the motor vehicle(s) described in the attached pleadings.  **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult with one.**  If you do not want the Court to grant the relief sought, or if you want the Court to consider your views on the motion, then no later than seven (7) days before the hearing date, you or your attorney must:

File with the Court a written request for a hearing (or, if the Court requires a written response, an answer, explaining your position) at:

United States Bankruptcy Court
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101

If you mail your (request) (response) to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

William E. Craig, Esquire
1040 Kings Hwy N #200
Cherry Hill, NJ 08034

TAKE FURTHER NOTICE that the facts movant relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion, and TAKE FURTHER NOTICE that oral argument is hereby not requested.

Attend the hearing scheduled to be held on May 14, 2024 at 10:00 A.M. in Courtroom #4B, United States Bankruptcy Court, 1 John F. Gerry Plaza, 4th & Cooper Streets, Camden, New Jersey 08101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order.

Date:   4-16-24

/s/ William E. Craig, Esquire
William E. Craig
Attorney For ACAR Leasing LTD dba GM Financial Leasing