GB-685-C

Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for: ACAR Leasing LTD
d/b/a GM Financial Leasing

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No. 23-13068 (ABA) |
| EDWARD BROWN | CHAPTER 13 |
| KIMBERLY BROWN | CERTIFICATION IN SUPPORT OF MOTION OF ACAR LEASING LTD D/B/A GM FINANCIAL LEASING FOR RELIEF FROM THE AUTOMATIC STAY |

LETICIAH FRANCIS certifies as follows:

1. I am employed by ACAR Leasing LTD d/b/a GM Financial Leasing ("ACAR Leasing") and am familiar with the facts of this case.

2. On July 23, 2021 the Debtorsexecuted a Lease Agreement for the lease of a **2021 Chevrolet Traverse** more particularly described in the following paragraph. The lease was assigned to ACAR Leasing and the Debtorsbecame indebted to ACAR Leasing in accordance with the terms of same. ACAR Leasing is the owner of the vehicle. True copies of the lease and title are annexed hereto. ACAR Leasing does business as GM Financial Leasing.

3. The following information sets forth the make, model, and serial number of the vehicle, the original terms of the lease, the clean retail and trade-in values of the vehicle, and the current status of the Debtor's lease:

GB-685-C

A. Make, model and serial number of motor vehicle:

   2021 Chevrolet Traverse

   Serial number: 1GNEVHKW2MJ249513

B. Original lease terms:

   (i) Total of payments: $21,484.44

   (ii) Term: 36 months

   (iii) Monthly payment: $596.79

   (iv) First payment due: 7-23-2021

C. Clean retail value: $29,825.00*

   *Values derived from NADA Official Used Car Guide, April 2024 edition

D. Delinquency status:

   Account past due from N/A

   Arrears:

E. Statement of amount due:

   Remaining lease payments: $1,790.37**

   **Remaining lease payments does not include lease end purchase option, sales tax, counsel fees, official fees, late charges or other charges if vehicle is purchased at lease end and does not include charges for high mileage or vehicle reconditioning.

GB-685-C

4. ACAR Leasing LTD, d/b/a GM Financial Leasing requests stay relief for the following reasons:

    a. The Debtors surrendered the vehicle; ACAR Leasing requires stay relief in order to process and sell it.

I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. I AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

Dated: 4/15/2024

Arlington, TX

                                          /s/ LeTiciah Francis
                                            LeTiciah Francis